# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

WILLIAM H. BALL,

    Plaintiff,

v.

STRATOSPHERE GAMING, LLC, *et al.*,

    Defendants.

Case No. 2:24-cv-00071-GMN-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint proposed discovery plan must be filed by March 8, 2024.

    IT IS SO ORDERED.

    Dated: March 4, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1