# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM H. BALL,

    Plaintiff,

v.

STRATOSPHERE GAMING, LLC, *et al.*,

    Defendants.

Case No. 2:24-cv-00071-GMN-NJK

**ORDER**

[Docket No. 22]

    Unless the Court orders otherwise, discovery documents are not to be filed with the Court. Fed. R. Civ. P. 5(d)(1)(A); Local Rule 26-7. Accordingly, the Clerk's Office is **INSTRUCTED** to strike the filing at Docket No. 22. The parties are **ORDERED** to refrain from filing discovery documents on the docket.

    IT IS SO ORDERED.

    Dated: March 27, 2024

                                                          Nancy J. Koppe
                                                          United States Magistrate Judge